**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  10–cv–00009–REB–MJW

LIZA BOORMAN,

      Plaintiff,

v.

PYRAMID FINANCIAL SOLUTIONS, LLC,

      Defendant.

---

## ORDER OF DISMISSAL

---

**Blackburn, J.**

      The matter before me is the **Stipulation of Dismissal With Prejudice** [#12] filed April 20, 2010.  After careful review of the stipulation and the file, I conclude that the stipulation should be approved and that this action should be dismissed with prejudice.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal With Prejudice** [#12] filed April 20, 2010, is **APPROVED**;

      2.  That the Trial Preparation Conference set for January 7, 2011, is **VACATED**;

      3.  That the jury trial set to commence January 24, 2011, is **VACATED**; and

      4.  That this action is **DISMISSED WITH PREJUDICE**.

      Dated April 21, 2010, at Denver, Colorado.

                             **BY THE COURT:**

                             *Bob Blackburn*

                             Robert E. Blackburn
                             United States District Judge